IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SKF USA INC.
:
: CIVIL ACTION
v.
:
: NO. 13-5111
PIETER JOHANNIS LEENDERT OKKERSE, :
ET AL. :

FILED
JAN 15 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**ORDER**

AND NOW, this 15th day of January 2014, upon consideration of the Motion to Dismiss of Defendants Pieter Johannis Leendert Okkerse, Wayne Blanchard, Frank Powers, and Bobby Hampton (ECF No. 25), it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:

R. BARCLAY SURRICK